UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, IN HIS CAPACITY AS TRUSTEE OF THE F2 LIQUIDATING TRUST, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | Civil Action No. 17-12103 |

**PARTIES' STIPULATION AND JOINT MOTION
TO EXTEND TIME TO FILE ANSWER
OR RESPONSIVE PLEADING**

Plaintiff Craig R. Jalbert, acting in his capacity as Trustee, on behalf of himself and all others similarly situated, and Defendant Securities and Exchange Commission (the "Parties") agree and jointly move to extend the time by which Defendant is required to file an answer or responsive pleading to April 4, 2018.  Plaintiff filed the Complaint in this matter on October 26, 2017.  The United States Attorney's Office for the District of Massachusetts received a copy of the Complaint on November 20, 2017.  By a Tolling Agreement signed October 27, 2017, the Parties agreed, among other things, that any action brought on behalf of the Plaintiff against the SEC would be deemed filed as of January 31, 2018, for all purposes, including calculating the response deadline.  The Parties jointly move to extend the time in which Defendant shall file an answer or responsive pleading 63 days (*see* Fed. R. Civ. P. 12(a)(3)) from January 31, 2018, to April 4, 2018.

| | |
|---|---|
| Respectfully submitted, | Dated: January 19, 2018 |

/s/ Morgan Bradylyons
Morgan Bradylyons (BBO# 664301)
Bankruptcy Counsel
Securities and Exchange Commission
Office of the General Counsel
100 F Street NE
Washington, DC  20549
202.551.7926
BradylyonsM@SEC.GOV

**COUNSEL FOR THE SECURITIES AND EXCHANGE COMMISSION**

/s/ William R. Baldiga
BROWN RUDNICK LLP
William R. Baldiga, Esq. (BBO# 542125)
Sunni P. Beville, Esq. (BBO# 652369)
Wayne F. Dennison, Esq. (BBO# 558879)
Sharon I. Dwoskin, Esq. (BBO# 691579)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201
wbaldiga@brownrudnick.com
sbeville@brownrudnick.com
wdennison@brownrudnick.com
sdwoskin@brownrudnick.com
-and-
Alex Lipman, Esq. (admitted *pro hac vice*)
Justin S. Weddle, Esq. (BBO# 629766)
Ashley L. Baynham, Esq. (admitted *pro hac vice*)
Chelsea Mullarney, Esq. (admitted *pro hac vice*)
Selbie L. Jason, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
alipman@brownrudnick.com
jweddle@brownrudnick.com
abaynham@brownrudnick.com
cmullarney@brownrudnick.com
sjason@brownrudnick.com
-and-
Stephen A. Best, Esq. (admitted *pro hac vice*)
601 Thirteenth Street NW
Washington, D.C. 20005
Telephone: (202) 536-1700
Fax: (202) 536-1701
sbest@brownrudnick.com

**COUNSEL FOR CRAIG R. JALBERT, IN HIS CAPACITY AS TRUSTEE OF THE F2 LIQUIDATING TRUST, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

                                              /s/ Morgan Bradylyons
                                              Morgan Bradylyons
                                              Bankruptcy Counsel
                                              United States Securities and Exchange Commission

Dated: January 19, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, IN HIS CAPACITY AS TRUSTEE OF THE F2 LIQUIDATING TRUST, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Civil Action No. 17-12103 |

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT
TO FILE ANSWER OR RESPONSIVE PLEADING**

The time by which Defendant the United States Securities and Exchange Commission shall file an answer or responsive pleading to the Complaint is extended to April 4, 2018.

Dated: _____                              _____
                                                Hon. F. Dennis Saylor, IV