UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, in his capacity as Trustee of the F2 Liquidating Trust, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Civil Action No.<br>17-12103-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

In accordance with the Court's Memorandum and Order entered on August 22, 2018, it is hereby ORDERED that the above-entitled action be dismissed.

SO ORDERED.
BY THE COURT:

8/22/2018
Date

/s/ Lisa Pezzarossi
Deputy Clerk