UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, IN HIS CAPACITY AS TRUSTEE OF THE F2 LIQUIDATING TRUST, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | **Civil Action No.: 17-cv-12103-FDS** |

## **NOTICE OF APPEAL**

Notice is hereby given that, through undersigned counsel, Plaintiff Craig R. Jalbert, in his capacity as Trustee of the F2 Liquidating Trust, on behalf of himself and all other similarly situated, hereby appeals to the United States Court of Appeals for the First Circuit from:

(1) the Memorandum and Order on Defendant's Motion to Dismiss entered in the above-captioned matter on August 22, 2018 (Dkt. No. 41); and

(2) the Order of Dismissal entered in the above-captioned matter on August 22, 2018 (Dkt. No. 42).

Dated: October 22, 2018
       Boston, Massachusetts

      /s/ *William R. Baldiga*
**BROWN RUDNICK LLP**

William R. Baldiga, Esq. (BBO# 542125)
Sunni P. Beville, Esq. (BBO# 652369)
Wayne F. Dennison, Esq. (BBO# 558879)
Sharon I. Dwoskin, Esq. (BBO# 691579)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201
wbaldiga@brownrudnick.com
sbeville@brownrudnick.com
wdennison@brownrudnick.com
sdwoskin@brownrudnick.com

-and-

Alex Lipman, Esq. (admitted *pro hac vice*)
Justin S. Weddle, Esq. (BBO# 629766)
Ashley L. Baynham, Esq. (admitted *pro hac vice*)
Chelsea Mullarney, Esq. (admitted *pro hac vice*)
Selbie L. Jason, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
alipman@brownrudnick.com
jweddle@brownrudnick.com
abaynham@brownrudnick.com
cmullarney@brownrudnick.com
sjason@brownrudnick.com

-and-

Stephen A. Best, Esq. (admitted *pro hac vice*)
601 Thirteenth Street NW
Washington, D.C. 20005
Telephone: (202) 536-1700
Fax: (202) 536-1701
sbest@brownrudnick.com

*Counsel for Craig R. Jalbert, in His Capacity as Trustee of the F2 Liquidating Trust, on Behalf of Himself and All Others Similarly Situated*

## CERTIFICATE OF SERVICE

I, William R. Baldiga, attorney for the Plaintiff, Craig R. Jalbert, in his capacity as Trustee of the F2 Liquidating Trust, on behalf of himself and all others similarly situated (the "Trust"), hereby certify that on, October 22, 2018, I caused to be served the Trust's Notice of Appeal upon the Defendant, Securities and Exchange Commission, via the Court's CM/ECF system, upon its attorney(s) of record:

| | |
|---|---|
| Matthew S. Ferguson<br>U.S. Securities and Exchange Commission<br>Office of the General Counsel<br>100 F Street NE<br>Washington, DC 20549<br>Tel: (202)-551-3840<br>Email: fergusonma@sec.gov | John B. Capehart<br>U.S. Securities and Exchange Commission<br>Office of the General Counsel<br>100 F Street NE<br>Washington, DC 20549<br>(202) 551-8492<br>Email: capehartj@sec.gov |
| Melinda Hardy<br>U.S. Securities and Exchange Commission<br>Office of the General Counsel<br>100 F Street NE<br>Washington, DC 20549<br>Tel: (202) 551-5149<br>Email: hardym@sec.gov | Morgan E.A. Bradylyons<br>U.S. Securities and Exchange Commission<br>Office of the General Counsel<br>100 F Street NE<br>Washington, DC 20549<br>Tel: (202) 551-7926<br>Email: bradylyonsm@sec.gov |

Dated: October 22, 2018

/s/ *William R. Baldiga*
William R. Baldiga, Esq. (BBO# 542125)
**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201
Email: wbaldiga@brownrudnick.com